Official Form 417A (12/18)

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): Jersey City

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☐ Debtor
   ☒ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: Order granting Debtor's Motion to sell certain real estate located at 108 Storms Ave., Jersey City.

2. State the date on which the judgment, order, or decree was entered: August 23, 2022

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Jersey City Community Housing Corp.    Attorney: Richard D. Trenk, Esquire
   Trenk Isabel Siddiqi & Shahdanian
   290 W. Mt. Pleasant Ave., Suite 2350
   Livingston, NJ 07039

2. Party: Department of Community Affairs    Attorney: Craig Scott Keiser, Esquire
   Attorney General Office
   25 Market Street, PO Box 080
   RJ Hughes Justic Complex
   Trenton, NJ 08625

3. Party: 108 Storms JC, LLC    Attorney: Andrew J. Kelly, Esquire
   The Kelly Firm, PC
   Coast Capital Building
   1011 Highway 71, Suite 200
   Spring Lake, NJ 07762

4. Party: Ch. 11 Trustee   Attorney: Mark Politan, Esquire
   Politan Law, LLC
   88 East Main St., #502
   Mendham, NJ 07945

5. Party: Community Loan Fund of NJ   Attorney: Neal M. Ruben, Esquire
   Law Office Of Neal M. Ruben
   179 Avenue at the Common, Suite 201
   Shrewsbury, NJ 07702

6. Party: US Trustee   Attorney: Fran B. Steele, Esquire
   US Dept of Justice
   Office of US Trustee
   One Newark Center, Suite 2100
   Newark, NJ 07102

Official Form 417A            Notice of Appeal and Statement of Election

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: August 29, 2022

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):
Francis J. Ballak, Esquire
Goldenberg, Mackler, Sayegh & Mintz
660 New Road
Northfield, NJ 08225

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[Note to inmate filers: If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]